**Order entered December 4, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00774-CV

**BONNIE ALLEN-PIERONI, Appellant**

**V.**

**MARC JOHN PIERONI, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02065-2014**

## ORDER

We **GRANT** appellee's December 1, 2015 motion for extension of time to file appellee's

reply brief.  We **ORDER** the brief be filed no later than January 7, 2016.

/s/    ELIZABETH LANG-MIERS
       JUSTICE